**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed May 11, 2023.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00821-CV

---

## SLL TRANSPORTATION, LLC, AND MEHRAN HAMAN, Appellants

## V.

## WELLS FARGO BANK, N.A., Appellee

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2021-64960**

---

### MEMORANDUM OPINION

This is an abated appeal from a judgment signed August 9, 2022. On April 14, 2023, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.